## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

RICKEY D. WILLIS,

     Plaintiff,

v.                                   Case No. 12-10011

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

### JUDGMENT

In accordance with the court's "Opinion and Order" dated February 27, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant Commissioner of Social Security.  Dated at Detroit, Michigan, this 27th day

of February 2013.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

                                s/ Lisa Wagner
                        By:  Lisa Wagner, Case Manager
                              to Judge Robert H. Cleland